UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00048 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY D. WETHINGTON | ) | |

## ORDER

Pending before the Court is an Unopposed Motion to Continue Revocation Hearing (Docket No. 23). The Motion is GRANTED.

The hearing on the Petition for Revocation of Supervised Release (Docket No. 8) is RESCHEDULED for February 11, 2013, at 2:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE