# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

TIMOTHY D. WETHINGTON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:11-00048
USM Number: 29129-044

R. David Baker
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) One (1) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances | 10/3/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 9383

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:
Mt. Juliet, TN

April 14, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

April 14, 2014
Date

AO 245D    (Rev. 12/07 Judgment in a Criminal Case for Revocations
           Sheet 2 – Imprisonment

---

DEFENDANT:      TIMOTHY WETHINGTON                                      Judgment — Page 2 of 2
CASE NUMBER:    3:11-00048

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  twelve (12) months and one (1) day  .

      No period of Supervised Release is imposed.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

1. Incarceration at the Bureau of Prison facility located at Forest City, Arkansas.
2. Credit for time served since detention on March 28, 2014.

__X__  The Defendant is remanded to the custody of the United States Marshal.

____  The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                               _____
                                               United States Marshal

                                             By: _____
                                                    Deputy United States Marshal